
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUL 1 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Fuerte, Ana DEFENDANT(S). | CASE NUMBER SACR11-148-27 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Thursday, 7/14/11__, at __11:00__ ☒a.m. / ☐p.m. before the Honorable __Robert N. Block__, in Courtroom __9C__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/13/11__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge